```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                Plaintiff,          :     04 Cr. 968 (MBM)
                                    :
        -against-                   :     ORDER
                                    :
ELENOA SIKIVOU,                     :
                                    :
                Defendants.         :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/05

MICHAEL B. MUKASEY, U.S.D.J.

This order embodies decisions taken at a pre-trial conference held on August 1, 2005 as follows:

(1) The Court was advised that the parties are engaged in plea negotiations. Accordingly, on application by defendant the conference in the above-captioned case is adjourned to September 14, 2005 at 9:15 A.M. in Room 1B at which time either there will be a disposition in this action or the Court will set a trial date.

(2) The time until September 14, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8) in the interests of justice, such interests outweighing the defendant's interest and public's interest in a speedy trial, to allow ongoing plea negotiations to conclude.

SO ORDERED:

Michael B. Mukasey,
U.S. District Judge

Dated: New York, New York
       August 3, 2005